UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LARRY LEWIS,

    Plaintiff,

v.                                                           Case No. 5:21-cv-156-TJC-PRL

UNITED STATES OF AMERICA,

    Defendant.

## O R D E R

This case is before the Court on Plaintiff Larry Lewis's Motion to Proceed In Forma Pauperis (Doc. 2). On April 13, 2021, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 5), recommending that this case be dismissed for failure to state a claim upon which relief may be granted. On April 23, 2021, Lewis filed objections to the Report and Recommendation. Doc. 6. Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 5), it is hereby

**ORDERED:**

1. The Objections (Doc. 6) to the Report and Recommendation (Doc. 5) are **OVERRULED**.

2. The Report and Recommendation of the Magistrate Judge (Doc. 5) is **ADOPTED** as the opinion of the Court. However, the Court limits its holding

that the political question doctrine bars Plaintiff's claim to the facts alleged in the complaint.

3. Plaintiff Larry Lewis's Motion to Proceed <u>In Forma Pauperis</u> (Doc. 2) is **DENIED**.

4. This case is **DISMISSED** without prejudice.

5. The Clerk is directed to terminate any pending motions and to close the case file.

**DONE AND ORDERED** in Jacksonville, Florida the 11th day of June, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

tn
Copies to:

Honorable Philip R. Lammens
United States Magistrate Judge

Counsel of record

2